IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **PMA INSURANCE GROUP,** § § § Plaintiff, § § v. § **POLK MECHANICAL COMPANY LLC** § **and UPONOR NORTH AMERICA,** § § Defendants. § | Civil Action No. **3:23-CV-00610-L** |

# JUDGMENT

The court issues this judgment pursuant to its Memorandum Opinions and Orders (Docs. 41, 42), which were both issued earlier today. It is therefore **ordered, adjudged,** and **decreed** that Plaintiff PMA Insurance Group's ("Plaintiff") claims against Polk Mechanical Company LLC and Uponor North America ("Defendants") and this action are **dismissed with prejudice**; that Plaintiff take nothing against Defendants; that all relief requested by Plaintiff is **denied**; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted herein is **denied**, except for any request for attorney's fees, which must be filed pursuant to Federal Rule of Civil Procedure 54(d).

**Signed** this 27th day of August, 2024.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**